█ HOLLIS B. COLEY et al., Respondents, v MICHELIN TIRE CORPORATION, Appellant, et al., Defendants. (And Two Third-Party Actions.) █ Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.

█ PATRICIA CONIGLIO, Appellant, v ADRIANE G. BERG et al., Respondents. █ Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.